IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY TERRELL McNEAL,                        No. CIV S-05-0577-MCE-CMK

        Petitioner,

   v.                                       ORDER ADOPTING FINDINGS AND
                                         RECOMMENDATIONS
PEOPLE OF THE STATE OF
CALIFORNIA, ET AL.,

        Respondents.
_____/

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On July 18, 2005, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has not filed objections to the findings and recommendations.

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 18, 2005, are adopted in full;

2. Petitioner's petition for a writ of habeas corpus is dismissed for failure to exhaust state remedies; and

3. The Clerk of the Court is directed to enter judgment and close this file.

DATED: September 29, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE