IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY TERRELL McNEAL,

    Petitioner,           No. CIV S-05-0577 MCE CMK P

  vs.

DERREL G. ADAMS, et al.,

    Respondents.       ORDER

_____/

       This petition for writ of habeas corpus was denied on September 29, 2005 and judgment entered accordingly. Petitioner's filing, entitled "petition to toll," filed on October 13, 2005, does not appear to be one contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases. Therefore, this document will be placed in the file and disregarded.

       IT IS SO ORDERED.

DATED: October 19, 2005.

                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE

/kf
mcne0577.158

1